## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

| | |
|---|---|
| FARON RAY ISHAM, | * |
| ADC# 153551 | * |
| Petitioner, | * |
| v. | * |
| | *   No. 5:13CV00132-SWW-JJV |
| RAY HOBBS, Director, | * |
| Arkansas Department of Correction, | * |
| | * |
| Respondent. | * |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITHOUT PREJUDICE.

DATED this 3rd day of September, 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE